JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>WEBER METALS, INC., a California corporation,<br><br>Defendant | Case No. 2:15-cv-00148-PA-AGR<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Communities Against Toxics' claims against Defendant Weber Metals, Inc., as set forth in the Complaint filed in Case No. 2:15-cv-00148-PA-AGR, are hereby dismissed with prejudice. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __January 5__, 2016

_____
Judge Percy Anderson
United States District Judge